USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/2023___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILVO R. ILLESCAS,

                    Plaintiff,

            -against-

ANTHONY J. ANNUCCI, DR. JOHN MORLEY,
DR. ROBERT V. BENTIVEGNA, ALBERT
ACRISH, VASAR BROTHERS MEDICAL
CENTER, SAJIN A. PILLAJ, JESSE M.
WOLSTEIN, DR. BRUCE R. GENDRON,
HECTOR OJEDA-MARTINEZ, SEHRISH
SHAHID, and DR. ROBERT U. MMEREOLE,

                    Defendants.

                                              21-cv-8473 (NSR)

                                                   ORDER

NELSON S. ROMÁN, United States District Judge

        Plaintiff Silvio R. Illescas ("Plaintiff"), proceeding *pro se* and *in forma pauperis*,

commenced this 42 U.S.C. § 1983 action against Defendants Anthony J. Annucci, Dr. John

Morley, Dr. Robert V. Bentivegna, Albert Acrish, Vassar Brothers Medical Center, Sajin A. Pillaj,

Jesse M. Wolstein, Dr. Bruce R. Gendron, Hector Ojeda-Martinez, Sehrish Shahid, and Dr. Robert

U. Mmereole (collectively, the "Defendants") through a Complaint filed on October 13, 2021.

(Complaint ("Compl.") (ECF No. 1).) Plaintiff asserts claims for medical indifference under 42

U.S.C. § 1983 and Article I, § 5 of the New York State Constitution. (*Id.*)  This Court granted

Defendants' motion to dismiss in an Opinion & Order dated December 7, 2022 (ECF No. 95),

dismissing Plaintiff's claims and granting Plaintiff leave to file a Second Amended Complaint.

Plaintiff, by letter received February 7, 2023, sought appointment of pro bono counsel and a

medical expert.  (ECF No. 101.)  In an Order dated March 14, 2023, this Court denied Plaintiff's

request for the appointment of pro bono counsel and a medical expert, reasoning that: (1) "the

proceedings are still in their early stages, and Plaintiff is yet to file his Amended Complaint," and

thus "the Court is unable to conclude that Plaintiff cannot handle the case without assistance"; (2) "the Court still cannot ascertain whether Plaintiff's position shows a strong chance of success, especially in light of this Court's recent Opinion and Order dismissing Plaintiff's original complaint"; and (3) "the legal issues in this case [are not] particularly complex." (ECF No. 107.) In sum, "because the Court [did] not find any circumstances which warrant the appointment of pro bono counsel or a medical expert," the Court denied Plaintiff's request "without prejudice to renew at a later stage in the proceedings." (*Id.*) Plaintiff now writes to ask the Court, in effect, to reconsider its decision to deny the appointment of pro bono counsel and a medical expert. (ECF No. 109.) In the alternative, Plaintiff asks the Court for an extension of time from April 11, 2023 to file the Amended Complaint. (*Id.*)

The Court finds no circumstances to change its March 14, 2023 Order denying Plaintiff's request for appointment of pro bono counsel or a medical expert. A such, this Court DENIES without prejudice to renew at a later time Plaintiff's request for the appointment of pro bono counsel and a medical expert.

Although this Court denies Plaintiff's request for the appointment of pro bono counsel, the Plaintiff may consult the legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).

To receive limited-scope assistance from the Clinic, the Plaintiff may mail a signed retainer and intake papers to the NYLAG Pro Se Clinic at 40 Foley Square, Room LL22, New York, NY 10007. Once the paperwork is received, the Clinic will coordinate contact with the litigant. Once

received, it may take up to two weeks for the Clinic to contact the litigant.  Please see the attached pages for the Clinic's retainer and intake paperwork.

In addition, this Court GRANTS Plaintiff's request for an extension of time to file the Amended Complaint.  Plaintiff is directed to file the Amended Complaint no later than May 22, 2023.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at his address as listed on ECF and to show service on the docket.

Dated:   April 7, 2023                                    SO ORDERED:
            White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

3



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Incarcerated Civil Litigants in Federal District Court

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students, and paralegals to assist those who are representing themselves or planning to represent themselves, including incarcerated litigants, in civil lawsuits in the Southern District of New York federal court, excluding habeas cases. The clinic is not part of or run by the court.

Even if a litigant has consulted with Clinic staff, unless they retain other counsel and that counsel enters a notice of appearance, they remain unrepresented; are responsible for doing whatever is necessary in connection with the case; and must still submit all court papers to the Pro Se Intake Unit, located in Room 105 of the Daniel Patrick Moynihan Courthouse, 40 Foley Square, New York, New York, or by following the court's instructions for filing via email as a pro se litigant.

## The Clinic Can:

- Assist with amending complaints and responding to motions to dismiss;
- Represent litigants for settlement purposes and, in limited circumstances, for depositions;
- Assist with written discovery;
- Recruit pro bono counsel for depositions and trial; and
- Assist with oppositions to summary judgment.

***Clinic staff cannot assist with habeas cases or criminal matters.***

NYLAG may also be unable to assist if it determines, in its professional legal judgement, that (i) you have refused to cooperate with the Clinic's counsel or follow the Clinic's advice; (ii) any assistance would be unreasonably difficult for NYLAG to carry out; or (iii) your case is or will become frivolous, unreasonable, groundless, or without merit.

## Contacting the Clinic:

To contact the clinic and request a copy of our retainer, please call (212) 659-6190 and leave a message or write to us at the following address:

> NYLAG Legal Clinic for Pro Se Litigants
> Thurgood Marshall Federal Courthouse
> Room LL22
> 40 Foley Square
> New York, NY 10007

Please mail a signed retainer back to the clinic at the above address. Once the paperwork is received, clinic staff will contact you. It may take up to two weeks.

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



# NYLAG
## New York ▮ Legal Assistance Group

### LEGAL CLINIC FOR PRO SE LITIGANTS IN THE
### SOUTHERN DISTRICT OF NEW YORK

LIMITED SCOPE LEGAL ASSISTANCE RETAINER AGREEMENT

You retain the New York Legal Assistance Group (NYLAG) to provide you with limited scope legal assistance through its Legal Clinic for Pro Se Litigants in the Southern District of New York (Clinic) under the terms set forth below.

### I. LIMITS OF ASSISTANCE

The Clinic agrees to provide only limited scope legal assistance in connection with your matter.

This means that:

- You remain a self-represented (pro se) litigant and are responsible for all aspects of your case. NYLAG is not your attorney of record in this matter. In the event that you are or become a party to a case in the Southern District of New York or any other forum, NYLAG will not enter an appearance or otherwise act on your behalf without expressly agreeing to do so and entering into a separate signed agreement with you. NYLAG has no obligation to enter into any such agreement.

- NYLAG has sole discretion to determine the specific type of services provided. These services may include providing advice and counsel about your case, explaining court orders and procedures, reviewing and commenting on your drafts, assisting with drafting, and discussing strategy.

- This retainer covers an initial consultation only. NYLAG can stop assisting you with this matter at any time for any reason consistent with the New York Rules of Professional Conduct.

- NYLAG has not agreed to represent or assist you on any other matter in the future. If NYLAG does agree to any representation on another matter, then a separate signed retainer agreement will be necessary.

- You may request but are not guaranteed subsequent appointments. NYLAG will only provide assistance on subsequent appointments if it provides you with confirmation to you of such assistance, via email or otherwise, with such additional assistance governed by the terms of this agreement, including that the assistance is for that consultation only and that NYLAG has sole discretion to decide whether it will provide any additional future consultations. You are responsible for and must meet all deadlines in your case, regardless of whether you are able to have an appointment with the Clinic.

### II. FREE ASSISTANCE, NON-ATTORNEY PROVIDERS, AND COMPETENCY

NYLAG does not charge for this assistance. You may be assisted by law students and/or paralegals under the supervision of an attorney consistent with the Rules of Professional Responsibility. NYLAG's assistance does not guarantee success or any particular outcome but that NYLAG will provide competent assistance.

### III. TERMINATION OF ASSISTANCE

Your participation is entirely voluntary, and you are free to stop receiving NYLAG's limited scope assistance at any time.  NYLAG may stop providing limited assistance at its sole discretion consistent with the New York Rules of Professional Conduct. If NYLAG chooses to stop providing limited assistance, it will provide notice by email, mail, or phone.

### IV. CONFIDENTIALITY

NYLAG will take all reasonable steps to maintain any information you provide as confidential.

### V. REVIEW AND CONSENT

By signing and writing today's date below, you indicate that you: have read and understand this agreement; consent to the terms of this agreement; and understand the possible risks and benefits of proceeding with limited scope assistance.

If you have questions or concerns, please indicate on this form and someone will arrange to speak with you.

_____                    _____
Signature                                          Date

**Once you have completed this form, please mail it and the completed demographic form to the New York Legal Assistance Group, Pro Se Clinic, 40 Foley Square, LL22, New York, NY 10007.**

Revised 10/30/22

**NYLAG**
New York | Legal Assistance Group

**Name** _____    **Date of Birth** _____

**Facility** _____

**Identification #** _____    **Email (if available)**_____

**How did you hear about our clinic? (Circle One)**

| | | |
|---|---|---|
| Pro Se Intake Office | Order/Letter from the Judge | Conference/Hearing with the Judge |
| Pro Se Information Package | Website | Friend/Family |
| Other _____ | | |

**Ethnicity (Circle One)**

| | | |
|---|---|---|
| Asian/Pacific Islander | Hispanic | Caucasian |
| African American | Middle Eastern | Decline to Answer |
| African | Caribbean | |
| Native American | South Asian | |

**Education Level (Circle One)**

| | | |
|---|---|---|
| 8th Grade or Less | GED | 2-4 years of College/Vocational School |
| Some high school | College graduate | Decline to Answer |
| High school graduate | Graduate degree | |

**Gender:** _____

**SDNY Case Number:** _____

**Once you have completed this form, please mail it and the completed retainer to the New York Legal Assistance Group, Pro Se Clinic, 40 Foley Square, LL22, New York, NY 10007.**