UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SILVO R. ILLESCAS,

               Plaintiff,

-against-                                    21 **CIVIL 8473** (NSR)

                                                               **PARTIAL JUDGMENT**

ANTHONY J. ANNUCCI et al.,

               Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 07, 2023, the Court dismisses with prejudice all claims previously-asserted against Defendants Annucci, Vassar Brothers Medical Center, Laurie, Pillaj, Wolstein, Ojeda-Martinez, Shahid, and Mmereole, and enters judgment in their favor. The Court additionally deems the Amended Complaint to be the operative complaint. Thus, Plaintiff's only remaining claims in this action are against Nicolet T. Thompson; John Doe Correctional Officer #1, #2, #3, #4; Dr. Mohamme; Dr. Odenlyl; Susanna Nayshuler; and Dr. Kim, and Mary N. Ashong.
.

**Dated:**  New York, New York
           November 08, 2023

                                                                     **RUBY J. KRAJICK**

                                                                 _____
                                                                      **Clerk of Court**

                         **BY:**

                                                         _____
                                                                **Deputy Clerk**