**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 SILVO R. ILLESCAS,

                       Plaintiff,

       -against-                                     21 **CIVIL** 8473 (NSR)

                                                    **JUDGMENT**

ANTHONY J. ANNUCCI, Acting Commissioner
of the New York State Department of Corrections,
et al.,

                     Defendants.
----------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 30, 2026, Defendants Motions to Dismiss are GRANTED in their entirety. All claims against the State Defendants Anthony J. Annucci, Dr. John Morley, Dr. Robert V. Bentivegna, NP Albert Acrish, RHSA Susanna Nayshuler, Dr. Mohamme, Dr. Kyoung Kim, Dr. Olayemi Odeniyi, NP Mary N. Ashong, RN Nicole T. Thompson, John Doe #1, John Doe #2, and John Doe #3 are dismissed with prejudice, except for Plaintiff's state law claims, which are dismissed without prejudice and may be refiled in the appropriate state court. All claims against Vassar Brothers Medical Center, Dr. Sajin A. Pillai, Dr. Bruce R. Gendron, Dr. Daniel E. Laurie, Dr. Hector Ojeda-Martinez, Dr. Robert U. Mmereole, Sehrish Shahid, and Dr. Jesse M. Wolstein are likewise dismissed with prejudice. The Court dismisses the TAC without leave to amend; accordingly, the case is closed.

**Dated:** New York, New York

May 1, 2026

TAMMI M. HELLWIG

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**