USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILVIO R. ILLESCAS,

Plaintiff-Appellant,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 8473 (NSR )( )

-against-

ANTHONY J. ANNUCCI, Acting Commissioner of the New York State Department of Corrections, et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

Defendants.

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 4/30/26 (date) but did not file a notice of appeal within the required time period because:

(1) Plaintiff was denied access to law library, and (2) because the incarcerated individual (I/I) who was helping Plaintiff in this case was recently released from this prison.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

RECEIVED SDNY PRO SE OFFICE 2026 JUL 14 AM 11:41

July 3, 2026
Dated:

Signature

Illescas, Silvio R.
Name (Last, First, MI)

Fishkill Correctional Facility
P.O. Box 1245, Beacon, New York 12508
Address City State Zip Code

N/A
Telephone Number

N/A
E-mail Address (if available)

MEMO ENDORSED

*See* Pg. 2

**The Court is in receipt of *pro se* Plaintiff's letter seeking an extension of time to appeal the Court's April 30, 2026 Opinion & Order. (ECF No. 256.) Judgment was entered against Plaintiff on May 1, 2026. (ECF No. 257.) Plaintiff's request for an extension of time to appeal was filed more than two months after entry of judgment. Plaintiff asserts that his request was late, in part, because he was denied access to the law library at his facility. (ECF No. 258.) Accordingly, Defendants are directed to investigate whether Plaintiff was, in fact, denied access to the law library during the period in which he could have timely filed a notice of appeal. Defendants must inform the Court by July 24, 2026.**

**The Clerk of Court is respectfully directed to (1) terminate the motion at ECF No. 258 and (2) mail a copy of this Endorsement to *pro se* Plaintiff at the address listed on ECF, and to show service on the docket.**

SO ORDERED:

**Dated: July 17, 2026**
**White Plains, NY**

NELSON S. ROMÁN
United States District Judge